AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| England, Jr., Morrison C. | Eastern District of California | 07/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
501 I Street, Suite 14-230
Sacramento, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Regent | Board of Regents - University of the Pacific |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Twin Rivers Unified School District & Sacramento City Unified School District - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | Bank of America | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RETIREMENT #1 - ROTH IRA | A | Int./Div. | J | T | | | | | |
| 2. RETIREMENT #2 - 403 (b) | A | Int./Div. | J | T | | | | | |
| 3. VALIC Financial Advisors International Fund | | | | | | | | | |
| 4. -International Equities Fund | | Int./Div. | | | | | | | |
| 5. -Mid Cap Value Fund | | Int./Div. | | | | | | | |
| 6. -Intl Small Cap Equity Fund | | Int./Div. | | | | | | | |
| 7. -Stock Index Fund | | Int./Div. | | | | | | | |
| 8. -Vanguard Windsor II | | Int./Div. | | | | | | | |
| 9. -Large Cap Core | | Int./Div. | | | | | | | |
| 10. -Foreign Value Fund | | Int./Div. | | | | | | | |
| 11. VALIC Financial Advisors Cash Fund | | | | | | | | | |
| 12. -Large Cap Value Fund Fund | | Int./Div. | | | | | | | |
| 13. -Stock Index Fund | | Int./Div. | | | | | | | |
| 14. VALIC Financial Advisors Emerging Markets Fund Fund | | | | | | | | | |
| 15. -International Equities Fund | | Int./Div. | | | | | | | |
| 16. -Blue Chip Growth Fund | | Int./Div. | | | | | | | |
| 17. -Intl Small Cap Equity | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mid Cap Growth Fund | | Int./Div. | | | | | | | |
| 19. -AIG Foreign Value | | Int./Div. | | | | | | | |
| 20. VALIC Financial Advisors REIT Fund | | | | | | | | | |
| 21. -International Equities Fund | | Int./Div. | | | | | | | |
| 22. -Socially Responsible Fund | | Int./Div. | | | | | | | |
| 23. -Foreign Value Fund | | Int./Div. | | | | | | | |
| 24. -Global Real Estate Fund | | Int./Div. | | | | | | | |
| 25. -Vanguard Windsor II Fund | | Int./Div. | | | | | | | |
| 26. -Large Cap Core Fund | | Int./Div. | | | | | | | |
| 27. -Blue Chip Growth Fund | | Int./Div. | | | | | | | |
| 28. -Large Cap Value Fund | | Int./Div. | | | | | | | |
| 29. -Socially Responsible Fund | | Int./Div. | | | | | | | |
| 30. -Stock Index Fund | | Int./Div. | | | | | | | |
| 31. VALIC Financial Advisors Large Cap Value Fund | | | | | | | | | |
| 32. -Intl Equities Fund | | Int./Div. | | | | | | | |
| 33. -Large Cap Value Fund | | Int./Div. | | | | | | | |
| 34. -Mid Cap Value Fund | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Stock Index Fund | | | | | | | | | |
| 36. -Socially Responsible Fund | | Int./Div. | | | | | | | |
| 37. -Vanguard Windsor II Fund | | Int./Div. | | | | | | | |
| 38. -Foreign Value Fund | | Int./Div. | | | | | | | |
| 39. -Large Cap Core Fund | | Int./Div. | | | | | | | |
| 40. VALIC Financial Advisors High Yield Fund | | | | | | | | | |
| 41. -Small Cap Value Fund | | Int./Div. | | | | | | | |
| 42. -Socially Responsible Fund | | Int./Div. | | | | | | | |
| 43. -Vanguard Windsor II Fund | | Int./Div. | | | | | | | |
| 44. VALIC Financial Advisors Long Term Bond Fund | | | | | | | | | |
| 45. -Intl Small Cap Equity Fund | | Int./Div. | | | | | | | |
| 46. -Mid Cap Index Fund | | Int./Div. | | | | | | | |
| 47. -Mid Cap Value Fund | | Int./Div. | | | | | | | |
| 48. VALIC Financial Advisors Small Cap Growth Fund | | | | | | | | | |
| 49. -Blue Chip Growth Fund | | Int./Div. | | | | | | | |
| 50. -Intl Small Cap Equity Fund | | Int./Div. | | | | | | | |
| 51. -Large Cap Value Fund | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Mid Cap Growth Fund | | Int./Div. | | | | | | | |
| 53.  -Mid Cap Index Fund | | Int./Div. | | | | | | | |
| 54.  -Small Cap Index Fund | | Int./Div. | | | | | | | |
| 55.  -Small Cap Value Fund | | Int./Div. | | | | | | | |
| 56.  VALIC Financial Advisors Small Cap Growth Fund | | | | | | | | | |
| 57.  -INTL Equities Fund | | Int./Div. | | | | | | | |
| 58.  -Mid Cap ValueFund | | Int./Div. | | | | | | | |
| 59.  -Mid Cap Index Fund | | Int./Div. | | | | | | | |
| 60.  -Small Cap Index Fund | | Int./Div. | | | | | | | |
| 61.  -Small Cap Value Fund | | Int./Div. | | | | | | | |
| 62.  -Foreign Value Fund | | Int./Div. | | | | | | | |
| 63.  -Large Cap Core Fund | | Int./Div. | | | | | | | |
| 64.  VALIC Financial Advisors Mid Cap Growth Fund | | | | | | | | | |
| 65.  -Mid Cap Growth Fund | | Int./Div. | | | | | | | |
| 66.  -Blue Chip Growth Fund | | Int./Div. | | | | | | | |
| 67.  -Mid Cap Index Fund | | Int./Div. | | | | | | | |
| 68.  -Small Cap Index fund | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Foreign Value Fund | | Int./Div. | | | | | | | |
| 70. VALIC Financial Advisors Mid Cap Value Fund | | | | | | | | | |
| 71. -Mid Cap Value Fund | | Int./Div. | | | | | | | |
| 72. -Mid Cap Index Fund | | Int./Div. | | | | | | | |
| 73. -Small Cap Value Fund | | Int./Div. | | | | | | | |
| 74. -Foreign Value Fund | | Int./Div. | | | | | | | |
| 75. VALIC Financial Advisors Commodities Fund | | | | | | | | | |
| 76. -Intl Small Cap Equity Fund | | Int./Div. | | | | | | | |
| 77. -Large Cap Value Fund | | Int./Div. | | | | | | | |
| 78. -Mid Cap Growh Fund | | Int./Div. | | | | | | | |
| 79. -Small Cap Value Fund | | Int./Div. | | | | | | | |
| 80. -Mid cap Index fund | | Int./Div. | | | | | | | |
| 81. -Socially Responsible Fund | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morrison C. England, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544